IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:07-CV-074

| | | |
|---|---|---|
| THE 16TH ST. DR. N.W. LAND HOLDERS AND/OR ECP TRUST, | ) ) ) | |
| Plaintiff | ) ) | |
| Vs. | ) ) | ORDER |
| THE CITY OF HICKORY CODE ENFORCEMENT DIVISION IN N.C. 28601, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**THIS MATTER** coming on before the undersigned based upon the court's own motion. On September 7, 2007, the plaintiff filed a Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan (#64). This document was signed and filed by Edith C. Peterson. The document was not signed by counsel for the defendant. This case is subject to an Order (#58) to show cause filed by the District Court on August 9, 2007 in which Ms. Peterson is directed to show cause why she had not retained an attorney and to address other issues regarding the maintenance of this action and to further show cause why the action should not be dismissed in its entirety for failure to comply with the Federal Rules of Civil Procedure and other orders of the District Court for the Southern District of Florida. Based upon the Order to show cause entered by Judge L. Voorhees, United States District Judge for the Western District of North Carolina, the undersigned has determined to stay the entry of a Pretrial Order and Case Management Plan until the Order to show cause is heard by Judge Voorhees and an Order has been entered.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the entry of a Pretrial Order and Case Management Plan based upon the certification of initial attorney's conference and discovery

plan (#64) filed by Edith C. Peterson is hereby **STAYED** until the hearing of the Order to show cause by Judge Voorhees.

Signed: October 26, 2007

Dennis L. Howell
United States Magistrate Judge