# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07cv74

| | |
|---|---|
| EDITH C. PETERSON, individually, and as Trustee of the ECP Trust, ) ) ) | |
| Plaintiff, ) ) | |
| Vs. ) ) | ORDER |
| THE CITY OF HICKORY; THE CITY OF HICKORY CODE ENFORCEMENT DIVISION, HICKORY, NC 28601; MR. JERRY SHERWOOD; MR. MICHAEL E. CASH; THE CITY OF HICKORY PLANNING BOARD; CATAWBA COUNTY, NC 28658; CATAWBA COUNTY ZONING BOARD; CATAWBA COUNTY PUBLIC HEALTH DEPARTMENT ENVIRONMENTAL AFFAIRS DIVISION; and CATAWBA COUNTY PLANNING BOARD, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the court on City of Hickory defendants and Michael E. Cash's Motion for Extension of Time. Having considered City of Hickory defendants and Michael E. Cash's motion and reviewed the pleadings, the court

enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that City of Hickory defendants and Michael E. Cash's Motion for Extension of Time (#75) is **GRANTED,** and such defendants are allowed up to and inclusive of June 18, 2008, to so Answer or otherwise respond to the Amended Complaint.

Signed: May 28, 2008

Dennis L. Howell
United States Magistrate Judge