# United States District Court
# For The Western District of North Carolina
# Statesville Division

EDITH C. PETERSON, Individually,
and as Trustee of the ECP TRUST,

       Plaintiff(s),

vs.

THE CITY OF HICKORY; THE
CITY OF HICKORY CODE
ENFORCEMENT DIVISION,
HICKORY, NC 28601; MR. JERRY
SHERWOOD; MR. MICHAEL E.
CASH; THE CITY OF HICKORY
PLANNING BOARD; AND CATAWBA
COUNTY PUBLIC HEALTH
DEPARTMENT ENVIRONMENTAL
AFFAIRS DIVISION,

       Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:07CV74

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 17, 2010, Order.

       Signed: November 17, 2010

       Frank G. Johns, Clerk
       United States District Court